IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BARRINGTON ELLIOT
MORAIS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D16-4402

v.

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed March 3, 2017.

An appeal from the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Barrington Elliot Morais, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., CONCUR.